Christopher Kende (SBN 182711)
COZEN O'CONNOR
16th Floor
45 Broadway Atrium
New York, New York 10006
Telephone: 212.509.9400
Toll Free Phone: 800.437.7040
Facsimile: 212.509.9492

Attorneys for AIR FRANCE KLM AIRLINES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTE MANSOOR,<br><br>      Plaintiff,<br><br>vs.<br><br>AIR FRANCE KLM AIRLINES,<br><br>      Defendant.. | Case No.: 08 CV 0828 JM RBB<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)6)**<br><br>Judge:    Hon. Jeffrey T. Miller<br>Magistrate:    Judge Ruben B. Brooks<br><br>Date:    September 5, 2008<br>Time:    1:30 p.m.<br>Courtroom:    16 |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 5, 2008, at 1:30 p.m., or as soon thereafter as the matter may be heard in the above entitled Court, located at 940 Front Street, San Diego, California 92101-8900, defendant Air France KLM Airlines ("Air France") will move the Court to dismiss the action pursuant to Fed. R. Civ. P. 12(b)(6) because plaintiff's complaint fails to state a claim upon which relief can be granted, on the grounds that no liability can arise under the governing Montreal Convention except as a result of an unexpected or unusual event or happening that is external to the passenger, and because trips and falls on an aircraft, even when over objects in the aisles, are not deemed to be unexpected or unusual events within the meaning of the Montreal Convention,

1  The motion will be based on thus Notice of Motion and Motion, the Memorandum of Points
2  and Authorities filed herewith, and the pleadings and papers filed herein.
3  DATED: July 28, 2008

COZEN O'CONNOR

By: *[signature]*
CHRISTOPHER KENDE
Attorneys for AIR FRANCE KLM AIRLINES