PAUL L. VAN LOON, ESQ. CA SBN 194382
**VAN LOON & ASSOCIATES**
1061 Tierra Del Rey, Suite 204
Chula Vista, CA 91910
Telephone: (619) 591-1005
Facsimile: (619) 591-1010

BRIAN J. LAWLER, ESQ. CA SBN 221488
ALEXANDRA G. TAYLOR, ESQ. CA SBN 256963
**PILOT LAW, P.C.**
450 B Street, Suite 1430
San Diego, CA 92101
Telephone: (619) 255-2398
Facsimile: (619) 231-4984

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTE MANSOOR, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>AIR FRANCE KLM AIRLINES, a corporation,<br><br>  Defendant. | Case No. 08 CV 0828 JM RBB<br><br>**CERTIFICATE OF SERVICE**<br><br>ELECTRONICALLY FILED<br><br>Judge:      Hon. Jeffrey T. Miller<br>Magistrate: Judge Ruben B. Brooks<br><br>Date:       September 26, 2008<br>Time:       1:30 p.m.<br>Courtroom:  6 |

I hereby certify that on August 28, 2008, I electronically filed the foregoing

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF VIOLETTE MANSOOR'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6))**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing electronically to registered counsel. Pursuant to that notification, a true and exact copy of the

---

CERTIFICATE OF SERVICE                                    CASE NO. 08-CV-0828-JM-RBB

foregoing will also be mailed by first class U.S. mail on the next business day to any party or counsel not receiving electronic service from CM/ECF.

Dated: August 28, 2008                                    Respectfully Submitted,


By:   s/ Brian J. Lawler
       Brian J. Lawler

Brian J. Lawler, Esq. CA SBN 221488
Alexandra G. Taylor, Esq. CA SBN 256963
**PILOT LAW, P.C.**
450 B Street, Suite 1430
San Diego, CA 92101
Telephone: (619) 255-2398
Facsimile: (619) 231-4984

Paul L. VanLoon, Esq. CA SBN 194382
**VAN LOON & ASSOCIATES**
1061 Tierra Del Rey, Suite 204
Chula Vista, CA 91910
Telephone: (619) 591-1005
Facsimile: (619) 591-1010

Attorneys for Plaintiff
Violette Mansoor