Christopher Kende (SBN 182711)
COZEN O'CONNOR
16th Floor
45 Broadway Atrium
New York, New York  10006
Telephone: 212.509.9400
Toll Free Phone: 800.437.7040
Facsimile: 212.509.9492

Attorneys for AIR FRANCE KLM AIRLINES

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTE MANSOOR, | Case No.: 08 CV 0828 JM RBB |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | Judge: Hon. Jeffrey T. Miller |
| | Magistrate: Judge Ruben B. Brooks |
| AIR FRANCE KLM AIRLINES, | Date: September 26, 2008 |
| Defendant.. | Time: 1:30 p.m. |
| | Courtroom: 16 |

## **PROOF OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action.  My business address is 501 West Broadway, San Diego, CA.  On the date indicated below, I served the following document(s):

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF AMENDED MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

on the persons listed on the Service List by the following means:

☐ **By Personal Service.**  I personally delivered the documents to the persons at the addresses listed on the attached Service List.  (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.  (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

1  ☐   **By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses on the attached Service List and placed the envelope for collection and mailing,
2  following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and
3  mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.
4  The envelope or package was placed in the mail at San Diego, California.

5  **X X  By E-Mail or Electronic Transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-
6  mail addresses listed on the attached Service List. I did not receive, within a reasonable time after the transmission, and electronic message or other indication that the transmission was unsuccessful.

7
    I declare under penalty of perjury under the laws of the State of California that the foregoing is true
8  and correct. Executed at San Diego, California on September 12, 2008.

9

10                                              _____/s/ *Michele Gabrielle Menendez*_____

11                                                  Michele Gabrielle Menendez

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28