UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTE MANSOOR,<br><br>    Plaintiff,<br><br>vs.<br><br>AIR FRANCE KLM AIRLINES,<br><br>    Defendant. | Case No.: 08 CV 0828 JM RBB<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO PERMIT PARTICIPATION OF DEFENDANT'S REPRESENTATIVE, GREGORY J. KOZLOWSKI, AT THE NEUTRAL EVALUATION CONFERENCE SCHEDULED FOR DECEMBER 12, 2008, BY TELEPHONE [DOC. NO. 15]** |

After due consideration of the Ex-Parte Application, dated December 5, 2008, to permit telephonic attendance of Gregory J. Kozlowski at the early neutral evaluation conference scheduled for December 12, 2008, , it is hereby ordered that Defendant's representative, Gregory J. Kozlowski, be allowed to attend the said conference telephonically.

IT IS SO ORDERED:

DATED:   December 8, 2008

                                                                                            Ruben B. Brooks, Magistrate Judge
                                                                                            United States District Court

SAN_DIEGO\461719\1 213967.000