1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| VIOLETTE MANSOOR, an individual, | CASE NO.: 08 CV 0828 JM RB |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CAUSE OF ACTION AGAINST DEFENDANT AIR FRANCE KLM AIRLINES [FRCP 41]** |
| v. | |
| AIR FRANCE KLM AIRLINES, a corporation, | |
| Defendant. | Judge:     Hon. Jeffrey T. Miller |
|  | Magistrate: Hon. Ruben B. Brooks |

Plaintiff, VIOLETTE MANSOOR, and Defendant, AIR FRANCE KLM AIRLINES, by and through their attorneys of record, and pursuant to the terms of their mutually agreed upon Settlement Agreement, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that Plaintiff's action Case Number 08 CV 0828 JM RB shall be dismissed with prejudice in its entirety, and that each party shall bear their own costs and fees.

///
///
///
///

IT IS SO STIPULATED

Dated: February 25, 2009					PILOT LAW, P.C.
									VAN LOON & ASSOCIATES


									/s/ Brian J. Lawler
									
									BRIAN J. LAWLER
									ALEXANDRA G. TAYLOR
									PAUL L. VAN LOON
									Attorneys for Plaintiff
									Violette Mansoor


Dated: February 25, 2009					COZEN & O'CONNOR




									/s/ Christopher B. Kende
									
									CHRISTOPHER B. KENDE, ESQ.
									Attorney for Defendant
									Air France KLM Airlines

1  PAUL L. VAN LOON, ESQ. CA SBN 194382
**VAN LOON & ASSOCIATES**
2  1061 Tierra Del Rey, Suite 204
3  Chula Vista, CA 91910
Telephone: (619) 591-1005
4  Facsimile: (619) 591-1010

5  BRIAN J. LAWLER, ESQ. CA SBN 221488
ALEXANDRA G. TAYLOR, ESQ. CA SBN 256963
6  **PILOT LAW, P.C.**
7  450 B Street, Suite 1430
San Diego, CA  92101
8  Telephone: (619) 255-2398
Facsimile: (619) 231-4984
9
10 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTE MANSOOR, an individual, | Case No. 08 CV 0828 JM RBB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | ELECTRONICALLY FILED |
| AIR FRANCE KLM AIRLINES, a corporation, | Judge:      Hon. Jeffrey T. Miller<br>Magistrate: Judge Ruben B. Brooks |
| Defendant. | Date:     September 26, 2008<br>Time:     1:30 p.m.<br>Courtroom: 6 |

I hereby certify that on August 28, 2008, I electronically filed the foregoing

**STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CAUSE OF ACTION AGAINST DEFENDANT AIR FRANCE KLM AIRLINES [FRCP 41**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing electronically to registered counsel.  Pursuant to that notification, a true and exact copy of the foregoing will also be mailed by first class U.S. mail on the next business day to any party or

counsel not receiving electronic service from CM/ECF.

Dated: March 17, 2009                           Respectfully Submitted,


                                                By:    s/ Brian J. Lawler
                                                       Brian J. Lawler

                                                Brian J. Lawler, Esq. CA SBN 221488
                                                Alexandra G. Taylor, Esq. CA SBN 256963
                                                **PILOT LAW, P.C.**
                                                450 B Street, Suite 1430
                                                San Diego, CA 92101
                                                Telephone: (619) 255-2398
                                                Facsimile: (619) 231-4984

                                                Paul L. VanLoon, Esq. CA SBN 194382
                                                **VAN LOON & ASSOCIATES**
                                                1061 Tierra Del Rey, Suite 204
                                                Chula Vista, CA 91910
                                                Telephone: (619) 591-1005
                                                Facsimile: (619) 591-1010

                                                Attorneys for Plaintiff
                                                Violette Mansoor