FILED
2009 MAR 16 PM 2:25
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLETTE MANSOOR,<br><br>　　　　　　Plaintiff,<br>vs.<br>AIR FRANCE KLM AIRLINES,<br><br>　　　　　　Defendant. | CASE NO. 08cv0828 JM(RBB)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

　　　For good cause shown, the court grants the parties' stipulation to dismiss the complaint with prejudice. The Clerk of Court is instructed to close the file.

　　　**IT IS SO ORDERED.**

DATED: __3/13__, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　All parties